# United States Court of Appeals
## For the First Circuit

No. 25-1898

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; DANA NESSEL, Attorney General for the People of the State of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in the official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of State; US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in the official capacity as Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of Health and Human Services; US SOCIAL SECURITY ADMINISTRATION; FRANK J. BISIGNANO, in the official capacity as Commissioner of Social Security; UNITED STATES,

Defendants - Appellants.

**NOTICE**

Issued: October 24, 2025

The Request for Removal from Service List filed by the following attorneys has been allowed and they will no longer receive notice in this case:

Jessica M. Finberg

The following attorneys will continue to receive notice in this case:

Molly Jeanne Alarcon
Anna Marks Baldwin
Hannah Bartlett
Gabriel R. Canaan
Gerard J. Cedrone

Robert Seungchul Chang
Indra Neel Chatterjee
Edgar Chen
Lori Chen
David S. Chiu
Jared B. Cohen
Cody C. Coll
Colleen Connors
Pietro Alfredo Conte
Andrew C. Coulam
Matt A. Crapo
Ari Cuenin
Chester S. Dubov
Shankar Duraiswamy
Sara J. Eisenberg
Daniel Z. Epstein
Jeremy Feigenbaum
Wendy Mengwen Feng
Kalikoonalani Diara Fernandes
Leah Belaire Foley
Mark R. Freeman
Abraham R. George
Leonard Giarrano IV
Neil Giovanatti
Jeremy Girton
Brianne J. Gorod
James Grayson
Matthew William Grieco
Jonathan Hacker
Christopher J. Hajec
Eric Hamilton
Viviana Maria Hanley
Toni L. Harris
Nicole Suzanne Hill
Bradley Hinshelwood
Leonard W. Houston
Laura Howard
Christopher David Hu
Kathleen C. Jacobs
Douglas Jensen
Gabe Johnson-Karp
Melvin Jones Jr.
Vanessa L. Kassab
John C. Keller
Richard B. Kendall
Adam D. Kirschner

Thomas A. Knowlton
David C. Kravitz
Melissa Lee
Mollie Mindes Lee
Denise Yesenia Levey
Jessica Levin
Zoe Levine
Vincent Levy
Bethany Yue Ping Li
Douglas Edward Lieb
Nathaniel M. Lindzen
Ian R. Liston
Donald Campbell Lockhart
Lorraine Lopez
David Scott Louk
Sean D. Magenis
Marissa Malouff
Mark Marvin
Eric Dean McArthur
R. Trent McCotter
Ryan P. McLane
Susan McMahon
Frank L. McNamara Jr.
Janelle Medeiros
Juan Camilo Mendez Guzman
Yvonne Mere
Robert C. Merritt
Stacey M. Metro
Jonathan Benjamin Miller
Jeremiah Morgan
Daniel Paul Mosteller
Ester Murdukhayeva
Michael Louis Newman
William J. Olson
Reena Parikh
James J. Pastore Jr.
James Matthew Rice
Maureen Riordan
Jonathan T. Rose
Brad P. Rosenberg
Katherine Connolly Sadeck
Shefali Saxena
Stephanie M. Service
Brett Allen Shumate
Heidi Parry Stern
Shannon Wells Stevenson

Judd E. Stone II
Sharon Swingle
Stephanie De Marisco Thomas
Julio A. Thompson
William M. Tong
Delbert Tran
Irina Trasovan
Natalie Tsang
Steven Ury
Caroline S. Van Zile
George W. Vien
Elizabeth R. Walsh
Jonathan Weinberg
Derek Weiss
Annabelle Cathryn Wilmott
Owen Richard Wolfe
Rubin Young

                                                  Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Jennifer - (617) 748-9885

cc:
Molly Jeanne Alarcon
Anna Marks Baldwin
Hannah Bartlett
Gabriel R. Canaan
Gerard J. Cedrone
Robert Seungchul Chang
Indra Neel Chatterjee
Edgar Chen
Lori Chen
David S. Chiu
Jared B. Cohen
Cody C. Coll
Colleen Connors
Pietro Alfredo Conte
Andrew C. Coulam
Matt A. Crapo

Ari Cuenin
Chester S. Dubov
Shankar Duraiswamy
Sara J. Eisenberg
Daniel Z. Epstein
Jeremy Feigenbaum
Wendy Mengwen Feng
Kalikoonalani Diara Fernandes
Jessica M. Finberg
Leah Belaire Foley
Mark R. Freeman
Abraham R. George
Leonard Giarrano IV
Neil Giovanatti
Jeremy Girton
Brianne J. Gorod
James Grayson
Matthew William Grieco
Jonathan Hacker
Christopher J. Hajec
Eric Hamilton
Viviana Maria Hanley
Toni L. Harris
Nicole Suzanne Hill
Bradley Hinshelwood
Leonard W. Houston
Laura Howard
Christopher David Hu
Kathleen C. Jacobs
Douglas Jensen
Gabe Johnson-Karp
Melvin Jones Jr.
Vanessa L. Kassab
John C. Keller
Richard B. Kendall
Adam D. Kirschner
Thomas A. Knowlton
David C. Kravitz
Melissa Lee
Mollie Mindes Lee
Denise Yesenia Levey
Jessica Levin
Zoe Levine
Vincent Levy
Bethany Yue Ping Li
Douglas Edward Lieb

Nathaniel M. Lindzen
Ian R. Liston
Donald Campbell Lockhart
Lorraine Lopez
David Scott Louk
Sean D. Magenis
Marissa Malouff
Mark Marvin
Eric Dean McArthur
R. Trent McCotter
Ryan P. McLane
Susan McMahon
Frank L. McNamara Jr.
Janelle Medeiros
Juan Camilo Mendez Guzman
Yvonne Mere
Robert C. Merritt
Stacey M. Metro
Jonathan Benjamin Miller
Jeremiah Morgan
Daniel Paul Mosteller
Ester Murdukhayeva
Michael Louis Newman
William J. Olson
Reena Parikh
James J. Pastore Jr.
James Matthew Rice
Maureen Riordan
Jonathan T. Rose
Brad P. Rosenberg
Katherine Connolly Sadeck
Shefali Saxena
Stephanie M. Service
Brett Allen Shumate
Heidi Parry Stern
Shannon Wells Stevenson
Judd E. Stone II
Sharon Swingle
Stephanie De Marisco Thomas
Julio A. Thompson
William M. Tong
Delbert Tran
Irina Trasovan
Natalie Tsang
Steven Ury
Caroline S. Van Zile

George W. Vien
Elizabeth R. Walsh
Jonathan Weinberg
Derek Weiss
Annabelle Cathryn Wilmott
Owen Richard Wolfe
Rubin Young