# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 25-1898     **Short Title:** New Jersey v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Maine                                                                                     as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Thomas A. Knowlton                                11/13/25
Signature                                             Date

Thomas A. Knowlton
Name

Maine Attorney General                                (207)626-8800
Firm Name (if applicable)                             Telephone Number

111 Sewall Street, 6 State House Station              (207)287-3145
Address                                               Fax Number

Augusta, ME 04333-0006                                thomas.a.knowlton@maine.gov
City, State, Zip Code                                 Email (required)

Court of Appeals Bar Number: 102326

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes     Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).