IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

STATE OF NEW JERSEY, et al.

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, et al.

Defendants-Appellants.

No. 25-1898

**STATUS REPORT**

Pursuant to this Court's November 3, 2025 order holding this appeal in abeyance, the government notified the Court on July 14 of the Supreme Court's recent decision in *Trump v. Barbara.* That notice provided that the government would provide a further update within 14 days.

The Supreme Court has not yet issued its mandate or a certified copy of the judgment in *Barbara.* Pursuant to the Supreme Court's Rules, that occurs 32 days after judgment is entered. *See* Sup. Ct. Rule 45(3). Accordingly, the government submits that maintaining this appeal in abeyance during that period best serves the interests of the parties and judicial efficiency.

The government plans to provide this Court with a further update on its intentions with respect to this appeal within 14 days of the Supreme Court issuing the mandate or certified copy of its judgment in *Barbara*.

Respectfully submitted,

/s/ *Derek Weiss*
DEREK WEISS
(202) 616-5365
Attorney, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Room 7230
Washington, D.C.  20530

July 2026

## CERTIFICATE OF COMPLIANCE

This filing complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 144 words.  The filing also complies with the typeface and type-style requirements of Rule 32(a)(5) and Rule 32(a)(6) because it was prepared using Microsoft Word in Century Schoolbook, 14-point font, a proportionally-spaced typeface.

/s/ *Derek Weiss*
Derek Weiss