IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| STATE OF NEW JERSEY, et al.<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>Defendants-Appellants. | No. 25-1898 |

**UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), the defendants-appellants hereby move to dismiss this appeal, with each party to bear its own costs. Plaintiffs-appellees do not oppose this motion.

Respectfully submitted,

ERIC D. McARTHUR
*Deputy Assistant Attorney General*

MARK R. FREEMAN
SHARON SWINGLE
BRAD HINSHELWOOD

*s/ Derek Weiss*
Derek Weiss
(202) 616-5365
*Attorneys, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Ave., NW*
*Room 7230*
*Washington, DC 20530*

August 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 36 words. The motion also complies with the typeface and type-style requirements of Rule 32(a)(5) and Rule 32(a)(6) because it was prepared using Microsoft Word in Century Schoolbook, 14-point font, a proportionally-spaced typeface.

/s/ *Derek Weiss*
Derek Weiss