# United States Court of Appeals
## For the First Circuit

No. 25-1898

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; DANA NESSEL, Attorney General for the People of the State of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in the official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of State; US DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of Health and Human Services; US SOCIAL SECURITY ADMINISTRATION; FRANK J. BISIGNANO, in the official capacity as Commissioner of Social Security; UNITED STATES,

Defendants - Appellants.

**MANDATE**

Entered: September 1, 2026

In accordance with the judgment of September 1, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jeremy Feigenbaum, Shankar Duraiswamy, Elizabeth R. Walsh, Viviana Maria Hanley, David C. Kravitz, Jared B. Cohen, Gerard J. Cedrone, Annabelle Cathryn Wilmott, Delbert K. Tran,

Denise Yesenia Levey, Irina Trasovan, Lorraine Lopez, Marissa Malouff, Christopher David Hu, Michael Louis Newman, Shannon Wells Stevenson, William M. Tong, Janelle Medeiros, Vanessa L. Kassab, Ian R. Liston, Jeremy Girton, Caroline S. Van Zile, Kalikoonalani Diara Fernandes, Thomas A. Knowlton, Adam D. Kirschner, Neil Giovanatti, Stephanie M. Service, Toni L. Harris, John C. Keller, Heidi Parry Stern, James Grayson, Zoe Levine, Daniel Paul Mosteller, Katherine Connolly Sadeck, Leonard Giarrano IV, Jonathan T. Rose, Gabe Johnson-Karp, David Scott Louk, Molly Jeanne Alarcon, Donald Campbell Lockhart, Abraham R. George, Bradley Hinshelwood, Derek Weiss, Jonathan Benjamin Miller, James Matthew Rice, George W. Vien, R. Trent McCotter, Pietro Alfredo Conte, Frank L. McNamara Jr., Ryan P. McLane, Mark Marvin, Melvin Jones Jr., Colleen Connors, Leonard W. Houston